# In the United States District Court for the Southern District of Georgia Waycross Division

```
DANIEL PHILLIPS,

    Plaintiff,

    v.                                      CV 5:21-038

KILOLO KIJAKAZI, Acting
Commissioner of Social
Security,

    Defendant.
```

### ORDER

Before the Court is Defendant's unopposed motion for clarification of this Court's Order entered August 20, 2021. Dkt. No. 13; see also Dkt. No. 11. Because the Court granted the parties' consent motion to remand this case for further proceedings under sentence six of 42 U.S.C. § 405(g), Defendant contends judgment should not have been entered in this case but, rather, administratively stayed pending further administrative proceedings. See Dkt. No. 13. After consideration of Defendant's motion, and for good cause shown, the motion is **GRANTED**. The entry of judgment, dkt. no. 12, is **VACATED**. The Clerk is **DIRECTED** to reopen and administratively stay this case until further order of the Court.

SO ORDERED, this 25 day of April, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA