IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DANIEL PHILLIPS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Civil Action No. 5:21-CV-38 |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE REMAND ORDER AND REOPEN AND RE-DOCKET CASE**

Defendant having filed an Unopposed Motion to vacate the remand order and reopen and re-docket the case, the Court does therefore,

ORDER, ADJUDGE, AND DECREE that said motion is GRANTED, and that the Court's Remand Order is vacated, and the case is reopened and re-docketed.

SO ORDERED this __18__ day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA