# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

DANIEL PHILLIPS,

    Plaintiff,

    v.

MARTIN J. O'MALLEY,
Commissioner of Social
Security,

    Defendant.

CV 521—038

## ORDER

    Defendant has notified the Court of Plaintiff Daniel Phillips's passing on December 15, 2021. Dkt. No. 17 n.1. Plaintiff's counsel is **ORDERED** to file a motion for substitution of the proper party, in compliance with Federal Rule of Civil Procedure 25(a), within **fourteen days** of the date of this Order. Failure to comply with this Order will result in dismissal of this action.

    **SO ORDERED**, this _10_ day of February, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA